# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**342**

**CAF 15-01710**

PRESENT: WHALEN, P.J., SMITH, CARNI, LINDLEY, AND NEMOYER, JJ.

---

IN THE MATTER OF WILLIAM LANTZ,
PETITIONER-RESPONDENT,

V                                                          ORDER

CYNTHIA PETERS, RESPONDENT-APPELLANT.

---

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.

KELIANN M. ARGY, ORCHARD PARK, FOR PETITIONER-RESPONDENT.

EMILY A. VELLA, ATTORNEY FOR THE CHILD, SPRINGVILLE.

---

Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered September 18, 2015 in a proceeding pursuant to Family Court Act article 6. The order, among other things, directed that petitioner shall have primary physical placement of the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court.

Entered: March 24, 2017                          Frances E. Cafarell
                                                 Clerk of the Court